**Order entered October 12, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01571-CV

### JOANN SEMPLE AND CAROL MATTHEWS, Appellants

### V.

### FRED VINCENT, Appellee

**On Appeal from the 68th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-11180**

## ORDER

We **GRANT** appellants' October 5, 2016 motion to extend time to filed their brief and

**ORDER** the brief received by the Court on September 30, 2016 filed as of the date of this order.

We **STRIKE** appellants' previous briefs, filed June 2, 2016 and September 26, 2016. Appellee's

brief is due November 14, 2016.

/s/      CRAIG STODDART
JUSTICE